# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00185-CV

---

**Elizabeth Marie Conn, Appellant**

**v.**

**Devin Patrick Conn, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-000423, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

### O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After multiple abatements of this appeal for filing of a supplemental reporter's record, this Court received appellant's notice that appellant and the court reporter continue to dispute whether certain exhibits were offered and admitted into evidence. Appellant asserts that this "has now become an issue on appeal for this Court to determine whether the subject exhibits were offered and excluded." Resolution of that issue is a matter for the trial court. *See* Tex. R. App. P. 34.6(d)(3). When, as here, a "dispute arises after the reporter's record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution." *Id.*

We therefore abate this appeal and remand this cause to the trial court for resolution of the dispute between appellant and the court reporter about whether the exhibits in question were offered and admitted. *See id.* If the parties disagree on whether or how to correct the reporter's record so that the exhibits are accurate, "the trial court must—after notice and

hearing—settle the dispute. If the court finds any inaccuracy, it must order the court reporter to conform the reporter's record (including text and any exhibits) to what occurred in the trial court, and to file certified corrections in the appellate court." *See id.* R. 34.6(e)(2). A supplemental reporter's record containing the trial court's determination shall be filed with this Court by **September 8, 2025**. This appeal will be reinstated after the supplemental reporter's record is filed.

It is ordered on August 7, 2025.


Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: August 7, 2025

2